AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
Northern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   1:22mj2088 |
| Rueben Schwartz | ) | |
| | ) | **FILED** |
| | ) | |
| | ) | 2:28 pm May 18 2022 |
| | ) | Clerk U.S. District Court |
| *Defendant(s)* | | Northern District of Ohio |
| | | Akron |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   June 11, 2021-December 30, 2021   in the county of   Ashtabula   in the

Northern   District of   Ohio   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1957 | Money Laundering |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

M. Jason Watson, Special Agent FBI
*Printed name and title*

Sworn to via telephone after submission by reliable
electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date:   5/18/2022

City and state:   Cleveland, Ohio

_____
Kathleen B. Burke, U.S. Magistrate Judge